**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 1:15-CR-153** |
| | : | |
| **v.** | : | **(Chief Judge Conner)** |
| | : | |
| **LIONAL MARTINEZ-OSORIA,** | : | |
| | : | |
| **Defendant** | : | |

## ORDER

AND NOW, this 4th day of January, 2016, upon consideration of the motion (Doc. 207) to suppress evidence by defendant Lional Martinez-Osoria ("Martinez-Osoria"), and for the reasons set forth in the accompanying memorandum, it is hereby ORDERED that:

1.  Martinez-Osoria's motion (Doc. 207) is GRANTED in part and DENIED in part as follows:

    a.  The motion is GRANTED with respect to Martinez-Osoria's post-arrest statement to law enforcement on July 7, 2015. Evidence of Martinez-Osoria's post-arrest statement shall be inadmissible at trial in this matter.

    b.  The motion is DENIED in all other respects.

/S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania